# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

__Noah Schroeder__
(Full Name of each Plaintiff)

2015 SEP 24 A 10: 52

Plaintiff(s),

Case No. __15-C-1158__
(Supplied by Clerk)

v.

__Terry Sawall__ cont'd, Individual capacity personal and official
(Full Name of each Defendant)

Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **PLACE OF PRESENT CONFINEMENT** (Provide full address)

Redgranite Correctional Institution
1006 County Road EE Redgranite WI 54970

A. Is there a grievance procedure in your prison/jail?   YES ☒   NO ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

YES ☒   NO ☐

II. **PARTIES**

A. Your name (Plaintiff) __Noah Schroeder__

B. Institutional Identification Number __340622__

C. Social Security Number (Last Four Digits Only) __0825__

(For additional plaintiffs provide the information in Sections I and II, in the same format, on a separate page.)

## PARTIES - continued

E. DEFENDANT (name) Captain Terry Sawall

is employed as Captain

at Redgranite Correctional Institution

F. Additional DEFENDANTS (name, position, and place of employment):

Michael Meisner - warden - RGCI
Steve Schueller - security director - RGCI
Michelle Smith - ICE - RGCI
Edward Wall - DOC secretary - Department of Corrections
Ashley Freitag - ICE - RGCI
Scott Eckstein - Deputy Warden - RGCI
John and Jane Doe - correctional officers RGCI

All defendants in individual capacity personal and official

## III. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?  ☐ YES  ☒ NO

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?
☐ YES  ☒ NO

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _____

Defendant(s): _____

2. Date filed _____

3. Court where case filed (if federal court, name district: if state court, name the county) _____

## IV. STATEMENT OF CLAIM

**A.** Captain Terry Sawall a supervisor at Redgranite Correctional Institution lied to another inmate and publicized the lie that I provided him with information. I wrote my concerns for my safety to Warden, security director, ICE, CCE, and DOC secretary.
A couple months later I was at recreation when I was attacked from behind by an inmate. The inmate had to exit one secure location and enter another secure location in order to get to me. Staff allowed this inmate through both areas with a potentially harmful weapon to attack me. I now suffer terrible psychological atrophy and need treatment.

**B.** My legal theory is my 8th amendment rights were violated twice. The Captain saying I'm a snitch turned another inmate against me and caused me harm. Staff let this inmate stab me 15 times and choke me out. The captain deliberately and knowingly put my life in jeopardy. The rest of the staff failed to protect me. Carmichael v Riley 2010 US Dist Lexis 20737

## V. RELIEF YOU REQUEST

Punitive Damages: $250,000.00

Compensatory Damages: $500,000.00

Injunctive Relief: Appropriate demotions public apologies clarification inmate is not an informant nor ever has been. Transfer out of Redgranite

I declare under penalty of perjury that the foregoing is true and correct. Complaint signed this 21st day of September 2015.

*[signature]*

#340624