UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NOAH SCHROEDER,

    Plaintiff,

-vs-                                  Case No. 15-CV-1158

TERRY SAWALL,
MICHAEL MEISNER,
STEVE SCHUELLER,
MICHELLE SMITH,
EDWARD WALL,
ASHLEY FREITAG,
SCOTT ECKSTEIN, and
JOHN/JANE DOE,

    Defendants.

## DECISION AND ORDER

This matter is now before the Court on a number of motions filed by the parties.

On February 18, 2016, the plaintiff filed a motion for an extension of the deadline to amend the pleadings. In his motion for extension of time, the plaintiff asked for a 30-day extension of the deadline to amend pleadings because he was still in the process of identifying the John and Jane Does and wanted to make sure he had enough time to do so. Despite this motion, the plaintiff filed his proposed amended complaint on March 7, 2016, a week before the Scheduling Order's deadline for amending

pleadings. The Court will deny this motion as moot.

On February 19, 2016, the plaintiff filed a motion asking the Court for order to compel release of names and titles of the John Does and Jane Does. The plaintiff filed this motion before he received the defendants' responses to his discovery requests regarding the identification of specific John or Jane Doe correctional officers. With those responses, the plaintiff was able to amend his complaint to name the previously unidentified defendants. As a result, the Court will deny this motion as moot.

On March 21, 2016, the defendants filed a motion asking the Court to screen the plaintiff's proposed amended complaint. The Court will grant this motion and enter a separate order screening the plaintiff's proposed amended complaint, as required by 28 U.S.C. §§ 1915(e)(2) and 1915A. The Court will consider the plaintiff's motions to appoint counsel as part of that order.

Most recently, the defendants asked the Court to stay the Scheduling Order entered January 12, 2016, until after the amended complaint has been screened. The Court will grant this motion and vacate the deadlines in the Scheduling Order.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motion for extension of time

(ECF No. 16) is **DENIED AS MOOT**.

    **IT IS FURTHER ORDERED** that the plaintiff's motion to compel release of names/titles of John/Jane Doe (ECF No. 15) is **DENIED AS MOOT**.

    **IT IS FURTHER ORDERED** that the defendants' motion for order to screen amended complaint (ECF No. 24) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the defendants' motion to stay Scheduling Order (ECF No. 25) is **GRANTED**. The deadlines in the Scheduling Order entered January 12, 2016 (ECF No. 13) are **VACATED**.

    Dated at Milwaukee, Wisconsin, this 3rd day of June, 2016.

                              **BY THE COURT:**

                              */s/ Rudolph T. Randa*
                              **HON. RUDOLPH T. RANDA**
                              **U.S. District Judge**